UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| In re: | § § | CASE NO. 25-10754 |
| Kevin James Broadbent, | § § | CHAPTER 7 |
| Debtor. | § § | |

| | | |
|---|---|---|
| Burton Independent School District, Plaintiff, | § § § | |
| v. | § § | ADVERSARY PRO. NO. 25-01057 |
| Kevin James Broadbent, Defendant. | § § § | |

## **AMENDED NOTICE OF APPEARANCE**

Please take notice that Sarah E. Scott hereby enters her appearance as co-counsel for Plaintiff Burton Independent School District and requests that all notices given or required to be given in the above-captioned adversary matter, and all papers served or required to be served, be served upon the undersigned at the following address:

Sarah E. Scott
CHAPMAN NEGRETE PLLC
3410 Far West Blvd., Ste. 210
Austin, Texas 78731
Tel: (512) 872-3840
Fax: (512) 879-9033
Email: sarah@chapmannegrete.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes notices and papers referred to in the Federal Rules of Bankruptcy Procedure and additionally includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, whether written or oral, and whether

1

transmitted or conveyed by mail, telephone or otherwise.

Dated: March 11, 2026

      Respectfully submitted,

      **CHAPMAN NEGRETE PLLC**
      3410 Far West Blvd., Ste. 210
      Austin, Texas 78731
      Tel: (512) 872-3840
      Fax: (512) 879-9033
      Email: sarah@chapmannegrete.com

By: _____
      Sarah E. Scott
      State Bar No. 24073580

**ATTORNEY FOR PLAINTIFF**
**BURTON INDEPENDENT SCHOOL**
**DISTRICT**

## CERTIFICATE OF SERVICE

    I hereby certify that on March 11, 2026, the undersigned caused a true and correct copy of the foregoing to be served via email, mail, and/or through the Court's Electronic Case Filing System on the parties that have consented to such service.

_____
Sarah E. Scott

**SERVICE LIST SPECIFICALLY INCLUDES THE FOLLOWING:**

*Via ECF:*
David N. Stern
BARRON & NEWBURGER, P.C.
7320 N. MoPac Expwy., Suite 400
Austin, Texas 78731
Email: dstern@bn-lawyers.com

**ATTORNEY FOR PLAINTIFF
BURTON INDEPENDENT
SCHOOL DISTRICT**

*Via Email:*
Paul Aronowitz
5777 Sienna Pkwy, Ste 300
Missouri City, Texas 77459-6050
Email: paul@aronowitzlaw.com

**ATTORNEY FOR DEBTOR/DEFENDANT
KEVIN JAMES BROADBENT**

*Via ECF:*
Daniel Ciment
CIMENT LAW FIRM, PLLC
4500 Mercantile Plaza Dr., Ste 300
Fort Worth, Texas 76137
Email: daniel@cimentlawfirm.com

**ATTORNEY FOR DEBTOR/DEFENDANT
KEVIN JAMES BROADBENT**

_____
Sarah E. Scott